UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO.: 14-61443

IN RE:   GREGORY LANE COUCH   CHAPTER 7
ANGELA LEE COUCH
DEBTORS

---

PANTHER PETROLEUM, LLC and
COOLANTS PLUS, INC.,   PLAINTIFFS,

V.   ADVERSARY CASE NO.: 15-6021

GREGORY LANE COUCH,   DEFENDANT.

## OBJECTION TO MOTION FOR SUMMARY JUDGMENT
*** *** ***

Comes now the Defendant, Gregory Lane Couch, by counsel, and herewith enters his Objection to the Plaintiff's Motion for Summary Judgment (Document No. 15). In support hereof, the Defendant states that only recently did the Plaintiffs Answer the Interrogatories and Requests for Production of Documents and that their Responses consisted of upwards of 400 pages of document disclosures. The undersigned counsel has only scratched the surface of his review of those documents.

In addition, the undersigned needs to take depositions in order to fully defend the Debtor in this case which seeks a determination of the nondischargeability of a substantial Default Judgment award of greater than $500,000.00 where the matter was not decided on the merits. The Defendant has not had an adequate opportunity to complete discovery and the Plaintiff's

Motion for Summary Judgment is grossly premature. The Defendant is filing a separate Motion to extend the discovery and pre-trail deadlines and to extend the trial date.

Respectfully submitted,

HAMM, MILBY & RIDINGS, PLLC
120 NORTH MAIN STREET
LONDON, KY 40741
PHONE: 606-864-4126
FAX: 606-878-8144
*Counsel for Debtor*

BY: _____
R. AARON HOSTETTLER

NOTICE OF HEARING:

All parties hereto will please take notice that the foregoing Motion shall come on for hearing on Wednesday, October 21, 2012, at 10:00 a.m. or as soon thereafter as the business of the Court will allow at 2nd Floor Courtroom, Old Federal Building, 300 S. Main St., London, KY 40741.

_____
COUNSEL FOR DEBTOR

CERTIFICATE OF SERVICE:

I do hereby certify that the foregoing was served by ECF filing:

ORIGINAL TO (VIA ELECTRONIC FILING):

UNITED STATES BANKRUPTCY COURT CLERK
P. O. BOX 1111
LEXINGTON, KY 40588-1111

COPY TO:

HON. JASON V. STITT
HON. JOSEPH E. LEHNERT
KEATING, MUETHING & KLEKAMP, PLL, SUITE 1400
ONE EAST FOURTH STREET
CINCINNATI, OHIO 45202

All on this \_\_\_14th\_\_\_ day of October, 2015

_____
OF COUNSEL FOR DEBTOR